Tommy Allen COMBS and Joe Lewis, Appellants,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Sept. 27, 1974.

Dan Jack Combs, Pikeville, for appellants.

Ed W. Hancock, Atty. Gen., Robert W. Riley, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Reversing.*

COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, and Commonwealth of Kentucky Board of Claims, Appellants,

v.

Beatrice DENHART and Harold Denhart, Appellees.

Court of Appeals of Kentucky.

Nov. 8, 1974.

Jim D. Robinson, Dept. of Highways, Frankfort, David G. Carroll, Somerset, for appellants.

Charles C. Shackelford, Shackelford, Burnam & Thompson, Richmond, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

JOHNSON BONDING COMPANY, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 8, 1974.

Stuart L. Lyon, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*